IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAIAH VALENTI, | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | NO. 17-480 |
| TREVOR WINGARD, et al., | : | |
| | : | |
| Respondents. | : | |

FILED
MAR 20 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

WENDY BEETLESTONE, J.,

AND NOW, this 17th day of March, 2017, upon careful and independent consideration of the Petition for Writ of Habeas Corpus and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
WENDY BEETLESTONE, J.